ACCEPTED
03-15-00439-CR
6557585
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/19/2015 10:37:09 AM
JEFFREY D. KYLE
CLERK

## No. 03-15-00439-CR

IN THE THIRD COURT OF APPEALS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/19/2015 10:37:09 AM
JEFFREY D. KYLE
Clerk

JOHN GABRIEL ESQUIVEL

Appellant

vs.

THE STATE OF TEXAS

Appellee

On Appeal from the 299th District Court
of Travis County, Texas
Hon. Karen Sage Presiding
Trial Court Cause No. D-1-DC-14-301500

APPOINTED COUNSEL'S MOTION TO REMAND THIS
CASE TO TRIAL COURT FOR DETERMINATION OF
WHETHER AMBER VASQUEZ BODE HAS BEEN HIRED
TO REPRESENT APPELLANT IN THIS APPEAL

NOW COMES attorney GREGORY SHERWOOD, who was

appointed by the trial court to represent appellant JOHN GABRIEL

ESQUIVEL in this appeal, who files this motion to remand this case to the

trial court for a determination of whether Amber Vasquez Bode has been

hired to represent appellant in this appeal. In support of this motion,

attorney SHERWOOD respectfully states as follows:

This writer was notified of his appointment to represent appellant on appeal to this court late Friday afternoon, July 17, 2015, and filed a m for extension of time to file notice of appeal on July 20, 2015. On July 23, 2015, attorney Amber Vasquez Bode filed with this court a "Motion for Leave to File Out of Time," stating in part, "On July 22, 2015, Appellant hired new counsel, Amber Vasquez Bode, who now prays that the court grant this Motion for Leave in order to ensure that Appellant retains his right to appeal." Page 2 of July 23, 2015 Motion for Leave to File Out of Time.

Ms. Bode's office telephoned attorney SHERWOOD the morning of July 24, 2015 to inform him that she had been hired to represent appellant in this appeal, and to ask for his email address so that an Agreed Motion to Substitute Counsel could be sent for his signature. That motion was emailed the same day, attorney SHERWOOD signed it and returned it by email to Ms. Bode's law office, and a copy of that Agreed Motion to Substitute Counsel addressed to the trial court is attached. Attorney SHERWOOD also informed Ms. Bode's office in his reply email that this agreed motion may also need to be filed with this court.

Attorney SHERWOOD, who had already filed in the trial court

requests for the clerk's record and reporter's record on July 23, notified court reporter Angela Chambers by email on July 24, 2015 that attorney Amber Vasquez Bode had been hired to represent appellant in this appeal, and Ms. Chambers confirmed receiving that information in a July 25, 2015 reply email, stating that she would contact Ms. Bode regarding payment information for the reporter's record.

On July 27, 2015, attorney SHERWOOD spoke with Ms. Bode in one of the elevators at the Travis County Courthouse about this case. Ms. Bode confirmed that she had been hired to represent appellant in this appeal. Attorney SHERWOOD informed Ms. Bode that he had signed the Agreed Motion to Substitute Counsel and emailed it back to her office on July 24. As a result of this conversation, attorney SHERWOOD closed his file on this matter, thinking that the Agreed Motion to Substitute Counsel would be filed, he submitted a voucher for $232.06 to Travis County, and has received payment of $232.00.

On August 7, 2015, this court issued a notice to the Travis County District Clerk that a supplemental record should be filed containing the order appointing attorney SHERWOOD in this appeal. That letter was addressed to the District Attorney's office, attorney SHERWOOD, attorney Amber

3

Vasquez Bode, and trial attorney Richard Jones. On August 18, 2015, this court issued a letter addressed only to the District Attorney's office and to attorney SHERWOOD, with no mention of attorneys Bode or Jones, stating that the supplemental clerk's record had been filed, and that the docketing statement was overdue and needed to be filed immediately. In response to this letter, attorney SHERWOOD e-filed in the evening of August 18, 2015 an August 19, 2015 letter addressed to this court's clerk's office explaining that he had been informed by Ms. Bode that she was the retained attorney for appellant, that an Agreed Motion to Substitute Counsel had been sent by Ms. Bode to attorney SHERWOOD, which was signed and returned to her office (with a copy of that motion attached to that Aug. 19 letter), and that attorney SHERWOOD had closed his file on this matter and was no longer representing appellant since attorney Amber Vasquez Bode had been hired as appellant's attorney on appeal.

After e-filing this letter, attorney SHERWOOD reviewed the Travis County AMP system to see if the attached Agreed Motion to Substitute Counsel was ever filed with the District Clerk's office. There is no entry on the docket sheet that the motion has ever been filed. This writer does not know whether it was ever filed, if it was ever presented to the trial court, or

4

whether it was ever acted upon.

As a result, it appears that this court still considers attorney SHERWOOD counsel of record for appellant, even though attorney Amber Vasquez Bode stated to this court in her July 23, 2015 Motion for Leave to File Out of Time that, "On July 22, 2015, Appellant hired new counsel, Amber Vasquez Bode . . . ." Since it is unclear why the attached Agreed Motion to Substitute Counsel has not been ruled upon by the trial court, attorney SHERWOOD moves this court to remand this case to the trial court for a determination of whether attorney Amber Vasquez Bode has been hired as appellant's attorney in this appeal, and for entry of an order substituting her as counsel for appellant in this appeal and permitting attorney SHERWOOD to withdraw as appointed counsel in this appeal.

WHEREFORE, PREMISES CONSIDERED, attorney SHERWOOD prays that this court, upon notice and opportunity to be heard by the State or by retained attorney Amber Vasquez Bode, grant this motion and remand this case to the trial court for a hearing to determine whether Amber Vasquez Bode has been hired to represent appellant in this appeal, and to enter appropriate orders designating the attorney for appellant in this appeal.

Respectfully submitted,

/s/ *Gregory Sherwood*

GREGORY SHERWOOD
ATTORNEY
P.O. Box 200613
Austin, Texas 78720-0613
(512) 484-9029
State Bar No. 18254600

APPOINTED ATTORNEY FOR APPELLANT
JOHN GABRIEL ESQUIVEL

CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was served by email on August 19, 2015 upon the Travis County District Attorney's Office, 509 W. 11th Street, 2nd Floor, Austin, Texas 78701 at its email address: AppellateTCDA@traviscountytx.gov, and by email upon the retained attorney for appellant, Amber Vasquez Bode at her email address: amberv@lawyers.com.

/s/ *Gregory Sherwood*

Gregory Sherwood

Certification of Compliance

According to the WordPerfect program used to create this document, there are 1,122 words in this document.

/s/ *Gregory Sherwood*

Gregory Sherwood

6

CAUSE NO. D-1-DC-14-301500

| | | |
|---|---|---|
| STATE OF TEXAS | ) | 299th |
| | ) | |
| | ) | DISTRICT COURT |
| vs. | ) | |
| | ) | |
| | ) | TRAVIS COUNTY, TEXAS |
| JOHN ESQUIVEL | ) | |
| Defendant | ) | |

## AGREED MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES JOHN ESQUIVEL, Defendant in the above styled causes, and would show the Court as follows:

The Defendant wishes to substitute counsel. Gregory Sherwood currently represents Defendant as Attorney of Record. Defendant wishes to substitute the following counsel, Amber Vazquez Bode. Undersigned counsel has contacted Gregory Sherwood and he has no objection to this motion, as evidenced by his signature below.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court allow the Substitution of Counsel, and Amber Vazquez Bode be the attorney of record, as set forth herein.

Dated: July 24, 2015

Respectfully submitted,

Agreed: _____
Gregory Sherwood
State Bar No.: 18254600
P.O. Box 200613
Austin, Texas 78720-0613
email: gsherwood@mail.com

Amber Vazquez Bode
Vazquez Law Firm
1004 West Ave.
Austin, Texas 78701
512-220-8507 office
512-480-0760 facsimile
Texas Bar Number 24039225

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Motion to Substitute Counsel has, on this 24th day of July 2015, been sent to:

Gregory Sherwood
GSherwood@mail.com